WILLIAM H. STEPHENSON, *Petitioner*, v. HON. H. C. PETTE-WAY, AS JUDGE OF THE TENTH JUDICIAL CIRCUIT OF THE STATE OF FLORIDA, IN AND FOR POLK COUNTY, *Respondent*. .

Division B.

Decision Filed July 24, 1926.

A case of Original Jurisdiction.

*Johnson & Garrett* and *G. P. Garrett*, for Petitioner.

*Allen E. Walker* and *A. Summerlin*, for Respondent.

The record in this case has been examined and all the material questions of law advanced in support of the motion for writ of prohibition have been discussed and disposed of in W. H. Stephenson v. National Bank of Winter Haven, decided this term. It therefore becomes unneces-

sary to discuss these questions here, so the writ of prohibition is dismissed.

WHITFIELD, P. J., AND BUFORD, J., concur.

BROWN, C. J., AND ELLIS AND STRUM, J. J., concur in the opinion.